■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO FERGUSON, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, Bronx County (Seth L. Marvin, J.), rendered on or about January 16, 2008, unanimously affirmed. No opinion.

Order filed. Concur—Saxe, J.P., Friedman, Sweeny, Acosta and Freedman, JJ.